No. 858.—BENÍTEZ, peticionario, *v.* CORTE, dmda.—
Julio 21, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

No apareciendo entre otros posibles motivos que se haya dado oportunidad a la Corte sentenciadora para corregir el error que se alega, si es que existe, el Tribunal, en uso de su discreción, resuelve no haber lugar a expedir el auto de *certiorari* que se solicita.

No. 5984.—NATIONAL SURETY COMPANY, aplda., *v.* SUÁREZ, aplte.— C. D. San Juan.          Julio 22, 1932.

Vista la anterior moción de la apelada y la opinión de este Tribunal de 7 del corriente (*National Surety Co.*, v. *Suárez*, 43 D.P.R. 739), *se revoca* la sentencia apelada y se devuelve el caso para ulteriores procedimientos.

No. 5384.—LOÍZA SUGAR Co., aplte., *v.* DOMENECH, ETC., apldo.— C. D. San Juan.
Julio 26, 1932.

Por los motivos consignados en la opinión emitida en el caso No. 5383, *Loíza Sugar Co.*, demandante-apelante vs. *Manuel V. Domenech,* etc., demandado-apelado, resuelto en el día de hoy, *se confirma* la sentencia apelada que dictó la Corte de Distrito de San Juan en el caso de epígrafe con fecha 28 de abril de 1930, en cuanto ordenó la devolución de $200.93, y *se revoca* en tanto se negó a conceder las demás cantidades objeto de este pleito; y en su consecuencia se declara con lugar la demanda y se condena al demandado, Tesorero de Puerto Rico, a pagar a la demandante la cantidad de $7,102.71.